October 26, 1979.

423 A.2d 1314

Commonwealth v. Farley, Appellant.

Argued April 12, 1979.   Charles F. Gilchrest, for appellant;  David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, VAN der VOORT and WATKINS, JJ. We affirm on the basis of the lower court opinion.